SLR:JMK
2004V01023

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 12 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

MABEL RODRIGUEZ,

                Plaintiff,

    -against-

JO ANNE B. BARNHART,
Commissioner of
Social Security,

                Defendant.

- - - - - - - - - - - - - - - - -X

ORDER OF REMAND

Civil Action
CV-04-2067

(Gleeson, J.)
(Mann, M. J.)

IT IS HEREBY ORDERED that for the reasons stated on the record on April 4, 2006, that pursuant to the sixth sentence of 42 U.S.C. § 405(g), as incorporated by 42 U.S.C. § 1382(c)(3), the Commissioner's decision is reversed, and plaintiff's claim is remanded for further administrative proceedings, including the consideration of new and material evidence.

Dated: April 7, 2006

SO ORDERED:

s/John Gleeson
Honorable John Gleeson
United States District Judge