UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MABEL RODRIGUEZ,

                          Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of
Social Security,

                          Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV-2067 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 14 2006 ★
BROOKLYN OFFICE

      An Order of Honorable John Gleeson, United States District Judge, having been filed on April 6, 2006, reversing the Commissioner's decision pursuant to the sixth sentence of 42 U.S.C. § 405(g), as incorporated by 42 U.S.C. § 1382(c)(3); and remanding plaintiff's claim for further administrative proceedings, including the consideration of new and material evidence; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed pursuant to the sixth sentence of 42 U.S.C. § 405(g), as incorporated by 42 U.S.C. § 1382(c)(3); and that plaintiff's claim is remanded for further administrative proceedings, including the consideration of new and material evidence.

Dated: Brooklyn, New York
       April 11, 2006

                                                            s/Robert C. Heinemann
                                                            ROBERT C. HEINEMANN
                                                             Clerk of Court